Forrester T. ROBINSON, Petitioner—
Appellant,

v.

WARDEN, Nottoway Correctional
Center, Respondent—
Appellee.

No. 10–6515.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2010.

Decided: Aug. 2, 2010.

Forrester T. Robinson, Appellant Pro
Se. Kathleen Beatty Martin, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

Before NIEMEYER, GREGORY, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Forrester T. Robinson seeks to appeal
the district court's order denying relief on
his 28 U.S.C. § 2254 (2006) petition. The
order is not appealable unless a circuit
justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)
(2006). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a
prisoner satisfies this standard by demonstrating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller–El v. Cockrell,* 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. *Slack,* 529
U.S. at 484–85, 120 S.Ct. 1595. We have
independently reviewed the record and
conclude that Robinson has not made the
requisite showing. Accordingly, we deny a
certificate of appealability and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*DISMISSED.*